ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
Program Litigation 1 | Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4822
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG AUSTIN WOOLINE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-03840-GSA<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from September 9, 2026 to September 30, 2026. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because additional time is needed to conduct a defensibility review.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 30, 2026;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before October 14, 2026).

Respectfully submitted,

DATE: September 3, 2026

*<u>/s/ Jonathan O. Peña</u>**
JONATHAN O. PEÑA
Attorney for Plaintiff
(* approved via email on _9/3/26)

ERIC GRANT
United States Attorney

DATE: September 3, 2026

By *<u>s/ Marcelo Illarmo</u>*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

IT IS SO ORDERED.

Dated: **September 4, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE