**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GREG AUSTIN WOOLWINE,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

Case No. 1:26-cv-3840 JLT GSA

ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT

(Docs. 9, 13)

Greg Austin Woolwine and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 13.) Pursuant to the stipulation, an administrative law judge shall offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision." (*Id.* at 1.) Further, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.* at 2.)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 9) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Greg Austin Woolwine and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: _September 8, 2026_

UNITED STATES DISTRICT JUDGE